DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KINTE L. RUCKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3028

[March 9, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 2009CF000930CFA.

Kinte L. Rucker, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Chapa v. State,* 159 So. 3d 361 (Fla. 4th DCA 2015).

CONNER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***